IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-593-GCM

| | |
|---|---|
| VERSIANT CORPORATION, INC., ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| APM TERMINALS NORTH AMERICA, ) | |
| INC., *et al*, ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Robert W. McFarland,** filed October 29, 2013 [doc. # 2].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. McFarland is admitted to appear before this court *pro hac vice* on behalf of defendants, APM Terminals North America, Inc., Universal Maritime Service Corp., and APM Terminals Pacific Ltd..

**IT IS SO ORDERED.**

Signed: November 6, 2013

Graham C. Mullen
United States District Judge